# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STACY Y. SEXTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:10-CV-843-VEH |
| ) | |
| THE BOARD OF TRUSTEES OF ) | |
| THE UNIVERSITY OF ALABAMA, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

On September 18, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. Neither plaintiff nor defendants have filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **REJECTS** as **MOOT** the proposed objective prong analysis relating to Plaintiff's Title VII sexual harassment claim (Doc. 46 at 20-24), but otherwise **ADOPTS** the report of the magistrate judge, including specifically the alternative and independent basis supporting summary

judgment. (*Id.* at 24-27).  The court further **ACCEPTS** the recommendations of the magistrate judge with respect to the dismissal of Plaintiff's Title VII sexual harassment claim with prejudice and the dismissal of her state law claims without prejudice.  A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** and **ORDERED** this the 11th day of October, 2012.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge